David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
Fax: (415) 276-1808

Amelia Courtney Hritz, Esq. (*pro hac vice* forthcoming)
hritz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave, 23rd Floor
New York, NY 10016
Tel: (646) 829-9403
Fax: (646) 403-4089

*Attorneys for Defendant Huel Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EDEN MCKIE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HUEL LTD.,

Defendant.

Case No. 3:26-cv-00653-CRB

**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE AND CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rules 6-2 and 7-12, Defendant Huel Ltd. and Plaintiff Eden McKie, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS,** Plaintiff filed her First Amended Complaint on May 22, 2026 (Dkt. No. 17);

**WHEREAS,** Huel moved to dismiss the First Amended Complaint on August 27, 2026 (Dkt. No. 22), Plaintiff filed her opposition on September 10, 2026 (Dkt. No. 23), and Huel filed its reply on September 17, 2026 (Dkt. No. 24);

**WHEREAS,** the motion is fully briefed and remains pending, with argument scheduled for October 23, 2026;

**WHEREAS,** the Court's decision on the motion may resolve the case or narrow the issues for discovery and will inform the Parties' proposed discovery plan and schedule;

**WHEREAS,** the Joint Case Management Statement is due on October 23, 2026 and a Case Management Conference is scheduled for October 30, 2026;

**WHEREAS,** this is the Parties' first request to extend the October 23, 2026 deadline to file their Joint Case Management Statement;

**NOW THEREFORE, IT IS HEREBY STIPULATED,** subject to the Court's approval, that the deadline to file the Joint Case Management Statement shall be continued to 30 days after entry of the Court's order deciding Huel's motion to dismiss (Dkt. No. 22), and the October 30, 2026 Case Management Conference shall be continued sine die, to be reset by the Court for a date after the continued statement deadline.

**IT IS SO STIPULATED.**

Dated: October 16, 2026

By: */s/ David H. Kwasniewski*

David H. Kwasniewski, Esq.
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
kwasniewski@braunhagey.com

*Attorneys for Defendant*
*Huel Ltd.*

Respectfully submitted,

By: */s/ Sarah N. Westcot*

Sarah N. Westcot, Esq.
BURSOR & FISHER P.A.
701 Brickell Avenue, Suite 2100
Miami, FL 33131
Tel: (305) 330-5512
swestcot@bursor.com

*Counsel for Plaintiff*
*and the Proposed Class*

# ~~[PROPOSED]~~ ORDER

Pursuant to the Parties' stipulation, and good cause appearing:

1. The October 23, 2026 deadline to file the Joint Case Management Statement is continued to 30 days after entry of the Court's order deciding Huel's motion to dismiss (Dkt. No. 22).
2. The Case Management Conference scheduled for October 30, 2026 is continued sine die, to be reset by the Court for a date after the continued statement deadline.

**IT IS SO ORDERED.**

Dated: October 16, 2026

Hon. Charles R. Breyer
United States District Judge
Northern District of California

David H. Kwasniewski, Esq. (SBN: 281985)
kwasniewski@braunhagey.com
BRAUNHAGEY & BORDEN LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
Tel: (415) 599-0210
Fax: (415) 276-1808

Amelia Courtney Hritz, Esq. (*pro hac vice* forthcoming)
hritz@braunhagey.com
BRAUNHAGEY & BORDEN LLP
200 Madison Ave, 23rd Floor
New York, NY 10016
Tel: (646) 829-9403
Fax: (646) 403-4089

*Attorneys for Defendant Huel Ltd.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

EDEN MCKIE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

HUEL LTD.,

Defendant.

Case No. 3:26-cv-00653-CRB

**DECLARATION OF DAVID H. KWASNIEWSKI IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO CONTINUE JOINT CASE MANAGEMENT STATEMENT DEADLINE AND CASE MANAGEMENT CONFERENCE**

I, David H. Kwasniewski, declare:

1. I am a partner at BraunHagey & Borden LLP and counsel of record for Defendant Huel Ltd. I submit this declaration in support of the Parties' Stipulation and [Proposed] Order to Continue the Joint Case Management Statement Deadline and Case Management Conference. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2. Huel's motion to dismiss the First Amended Complaint is fully briefed and scheduled for argument on October 23, 2026. The Parties' Joint Case Management Statement is due that same day, and the Case Management Conference is scheduled for October 30, 2026.

3. The Court's ruling may resolve the case or narrow the issues for discovery. Continuing the statement deadline until 30 days after entry of the Court's order deciding the motion will allow the Parties to confer and prepare a discovery plan and proposed schedule informed by that ruling.

4. The Court previously reset the case management dates on May 4, 2026. (Dkt. No. 14.) The parties also stipulated to extend former Defendant Huel Inc.'s response deadline from May 8 to June 8, 2026. (Dkt. No. 15.) This is the first request to extend the October 23, 2026 Joint Case Management Statement deadline.

5. The requested modification would continue the Joint Case Management Statement deadline and Case Management Conference. No discovery cutoff, class certification deadline, or trial date has been set, and the requested modification would not affect any other existing deadline.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 16, 2026

BRAUNHAGEY & BORDEN LLP

By: /s/ *David H. Kwasniewski*
David H. Kwasniewski, Esq.

*Attorneys for Defendant Huel Ltd.*